**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) PRODUCTS LIABILITY LITIGATION** | ) | **CIVIL ACTION** |
| | ) | **MDL No. 3094** |
| | ) | **2:24-md-03094-KSM** |
| **THIS DOCUMENT RELATES TO:** | ) | **2:01-md-03094-KSM** |
| ***ALL ACTIONS / ALL CASES*** | ) | **HON. KAREN SPENCER MARSTON** |

**DEFENDANTS ELI LILLY AND COMPANY AND LILLY USA, LLC'S**
**NOTICE OF FILING MOTION HEARING MATERIALS**

Defendants Eli Lilly and Company and Lilly USA, LLC ("Lilly") hereby file the following materials, true and correct copies of which are attached hereto, presented to the Court during the hearing on the parties' motions to exclude expert opinions and testimony on October 13-14, 2026:

1. **Exhibit A**: Lilly's Issues 2 and 3 Closing Argument PowerPoint slides for the exclusion of Plaintiffs' expert Dr. David C. Metz.

2. **Exhibit B**: Lilly's Issues 2 and 3 Closing Argument PowerPoint slides for the exclusion of Plaintiffs' expert Dr. Gabriel Lang.

3. **Exhibit C**: Lilly's Issues 2 and 3 Closing Argument PowerPoint slides for the exclusion of Plaintiffs' expert Dr. David B. Ross.[1]

4. **Exhibit D**: Lilly's Issues 2 and 3 Closing Argument PowerPoint slides for the exclusion of Plaintiffs' expert Dr. David A. Kessler.

5. **Exhibit E**: Lilly's Issues 2 and 3 Closing Argument PowerPoint slides for the exclusion of Plaintiffs' expert Dr. Binu John.

---

[1] Counsel for Lilly fixed a minor, non-substantive typo in the header of Slide 31.

6. **Exhibit F**: Lilly's Issues 2 and 3 Closing Argument PowerPoint slides for the exclusion of Plaintiffs' expert Dr. Nilesh Lodhia.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Diana M. Watral, P.C.*

Diana M. Watral, P.C. (admitted *pro hac vice*)
Mark Premo-Hopkins, P.C. (admitted *pro hac vice*)
Renee D. Smith (admitted *pro hac vice*)
**Kirkland & Ellis LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
diana.watral@kirkland.com
mark.premohopkins@kirkland.com
renee.smith@kirkland.com

Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
**Welsh & Recker, P.C.**
306 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 972-6430
Facsimile: (985) 617-1021
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com

*Attorneys for Defendants Eli Lilly and Company and Lilly USA, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, a true and correct copy of the foregoing Defendants Eli Lilly and Company and Lilly USA, LLC's Notice of Filing Motion Hearing Materials was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Diana M. Watral, P.C.*
Diana M. Watral, P.C.